Argued September 24, affirmed October 4, 1971

IN THE MATTER OF THE ESTATE OF MARY C. NACHAND,
DECEASED.

JOHNSON, *Appellant, v.* NACHAND ET AL,
*Respondents.*
488 P2d 1205

*David K. Young,* Portland, argued the cause and filed the brief for appellant.

*Theodore B. Jensen,* Portland, argued the cause for respondents. On the brief were Joe P. Price, Portland, for June Nachand, Executrix; Davis, Jensen, DeFrancq & Holmes, Portland, for Horace C. Nachand and Mary Nachand Kelley; and Howard E. Parcel, Portland, for Joe P. Price, respondents.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

PER CURIAM.

The sole issue in this case is whether in the making of her will decedent was unduly influenced by her attorney.

No novel issue of law or fact is presented. The applicable rules of law are well settled. A discussion of the facts would provide nothing of value to bench or bar.

Suffice it to say we find nothing in the record that even approaches impropriety on the part of decedent's counsel.

Affirmed.